# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TY TOWELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-18-995-D |
| | ) |
| Andrew M. Saul, | ) |
| Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Plaintiff, Ty Towell, brought this action for judicial review of the Commissioner of Social Security's final decision that he is not "disabled" under the terms of the Social Security Act and denying his application for supplemental security income. The matter was referred to United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. §636(b)(1)(B) and (C). On June 19, 2019, Judge Bernard M. Jones issued his Report and Recommendation [Doc. No. 23] recommending that the Commissioner's decision be affirmed.

In his Report and Recommendation, Judge Jones advised the parties that any objections were to be filed by July 3, 2019. Judge Jones also cautioned the parties that a failure to object would result in waiver of the right to appellate review of factual and legal findings made in the Report. [Doc. No. 23 at 8]. To date, neither party has filed an objection or sought an extension of time to do so. Accordingly, the Report and

Recommendation is **ADOPTED** in its entirety as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 12th day of July 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge